IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

B&B HARDWARE, INC                                                                                    PLAINTIFF

v.                                             No. 4:06CV01654 GH

HARGIS INDUSTRIES, INC.; ET AL.                                                          DEFENDANTS

## ORDER

The December 20th motion (#9) by Hargis and East Texas Fasteners for Trey Yarbrough to be admitted as their co-counsel *pro hac vice* is hereby granted.

IT IS SO ORDERED this 21st day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE