*IN THE UNITED STATES DISTRICT COURT*
**WESTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

B & B HARDWARE, INC.

vs.                              NO.   4:06CV01654 SWW

HARGIS INDUSTRIES, INC., ET AL

## ORDER

Pending before the Court are motions to dismiss and to transfer which have been filed in this matter.  The Court has determined that a hearing would be helpful in resolving these motions.  Therefore, the Court hereby schedules such hearing for *10:00 a.m.* on *Tuesday, July 17, 2007*, in Room #530, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, in Little Rock, Arkansas.

Counsel are directed to provide the Court with a list of any exhibits, a copy of the exhibits and a list of the names of any witnesses expected to be called at the hearing.

IT IS SO ORDERED this 31st day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE