IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| B&B HARDWARE, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV01654 SWW |
| | * | |
| HARGIS INDUSTRIES, INC. d/b/a, | * | |
| SEALTITE BUILDING FASTENERS, and | * | |
| d/b/a EAST TEXAS FASTENERS, and | * | |
| DOES 1 through 10, inclusive, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 13th day of September 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE