**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **B & B HARDWARE, INC.** | § | |
|    **Plaintiff** | § | |
| | § | |
| **V.** | § | **NO. 4:06-CV-1654 SWW** |
| | § | |
| **HARGIS INDUSTRIES, INC., et al** | § | |
|    **Defendants** | § | |

**ORDER GRANTING DEFENDANT HARGIS INDUSTRIES'
MOTION TO FILE UNDER SEAL**

On this day the Court considered Defendant, Hargis Industries, LP's motion for the entry of an order authorizing Defendant's Response In Opposition to Plaintiff's Motion to Compel, and supporting exhibits, to be filed under seal. The Court finds that the motion should be granted.

It is, therefore, Ordered that Hargis Industries, LP's Response In Opposition to Plaintiff's Motion to Compel and supporting exhibits be filed under seal.

Signed this 31st day of March, 2010.

/s/Susan Webber Wright
United States District Judge