IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| B&B HARDWARE, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV01654 SWW |
| | * | |
| HARGIS INDUSTRIES, INC. d/b/a, | * | |
| SEALTITE BUILDING FASTENERS, and | * | |
| d/b/a EAST TEXAS FASTENERS, and | * | |
| DOES 1 through 10, inclusive, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

Before the Court is plaintiff's motion to compel to which defendant Hargis Industries, Inc. ("Hargis") responded. For the reasons stated at the telephone conference on this date on this matter, the motion [doc. no. 71] is granted. Hargis shall provide plaintiff with the requested audited financial statements for plaintiff's attorney's eyes only. Plaintiff's expert may also review the statements if necessary. In the event plaintiff believes there is a need for any other person to inspect the statements, plaintiff must obtain permission from Court.

SO ORDERED this 14th day of April, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE