**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**B&B HARDWARE, INC.**
**PLAINTIFF**


**VS.**                            **NO. 4:06-CV-01654 SWW**


**HARGIS INDUSTRIES, INC., d/b/a SEALTITE**
**BUILDING FASTENERS, and d/b/a EAST TEXAS**
**FASTENERS, A TEXAS CORPORATION**
**DEFENDANT**

**ORDER**

Before the Court is the Parties Joint Motion for Extension of Time. Upon due consideration, the motion is GRANTED and the Parties shall have until May 3, 2010 in which to file all other motions, including motions for summary judgment, motions to dismiss and motions pursuant to *Daubert*. By granting this extension, the Court may not have time to provide the parties with a timely and/or detailed ruling prior to trial. The Parties shall also have until April 29, 2010 to exchange Rebuttal Expert Reports.

IT IS SO ORDERED this 20th day of April, 2010

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE