IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| B&B HARDWARE, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV01654 SWW |
| | * | |
| HARGIS INDUSTRIES, INC., ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

Before the Court is the parties' joint motion for extension of the deadline to submit pre-trial disclosure sheets. The motion [docket entry 108] is granted. The parties are directed to file their pre-trial conference disclosure sheets by May 24, 2010.

SO ORDERED this 13th day of May, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE