IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| B&B HARDWARE, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV01654 SWW |
| | * | |
| HARGIS INDUSTRIES, INC. d/b/a, | * | |
| SEALTITE BUILDING FASTENERS, and | * | |
| d/b/a EAST TEXAS FASTENERS, and | * | |
| DOES 1 through 10, inclusive, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Judgment**

This action came on for trial June 22, 2010, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict on June 30, 2010; now therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that plaintiff B&B Hardware, Inc. takes nothing on its complaint against defendants Hargis Industries, Inc., et al., and that the complaint herein be, and the same hereby is, dismissed with prejudice.  IT IS FURTHER ORDERED AND ADJUDGED that defendants Hargis Industries, Inc., et al., are is entitled to relief on their counterclaims for false advertising and false designation of origin.  Defendants claim of copyright infringement is dismissed with prejudice.

DATED this 1st day of July, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE