IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

B&B HARDWARE, INC.                                                       PLAINTIFF

v.

Case No. 4:06-CV-01654 SWW

HARGIS INDUSTRIES, INC., d/b/a
SEALTITE BUILDING FASTENERS, ET AL                    DEFENDANT

## BILL OF COSTS

Judgment having been entered in the above entitled action on July 1, 2010 against Plaintiff B&B Hardware, Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | $ 180.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $13,661.36 |
| Fees and disbursements for printing | $5,414.10 |
| Fees for witnesses *(itemize on page two)* | $4,740.90 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $2,674.75 |
| Docket fees under 28 U.S.C. 1923 | $ 0.00 |
| Costs as shown on Mandate of Court of Appeals | $ 0.00 |
| Compensation of court-appointed experts | $ 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ 0.00 |
| Other costs *(please itemize)* (Expert Witness Fees) | $61,361.31 |
| **TOTAL** | **$ 88,032.42** |

\* Itemization attached as Exhibit "A" and supporting documentation attached as Exhibit "B" for requested costs.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties via electronic service.

Signature of Attorney: _/s/ Trey Yarbrough_

Name of Attorney: Trey Yarbrough
For: Defendant Hargis Industries, LP d/b/a Hargis Industries, Inc. and d/b/a Sealtite Building Fasteners
Date: July 15, 2010

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____   _____
*Clerk of Court*                          *Deputy Clerk*                *Date*

### Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| Name, City and State of Residence | Attendance | Subsistence | Mileage or Airfare | Total Cost Each Witness |
|---|---|---|---|---|
| Delphine Webb<br>Colbert, Oklahoma | 2 days @40= $80 | 2 days@149=$298 | 743 miles @.50/mile= $371.50 | $749.50 |
| Jessica Davlin<br>Tyler, Texas | 1 day @40= $40 | 1 day@149=$149 | Airfare- $143.70<br>Parking- $8.00 | $340.70 |
| David Cook<br>Gravette, Arkansas | 1 day @40= $40 | 1 days@149=$149 | 432 miles @.50/mile= $216 | $405 |
| Lynda Timmerman<br>Tyler, Texas | 1 day @40= $40 | 1 days@149=$149 | Airfare- $143.70<br>Mileage 98.8 miles@.50/mile= $49.40<br>Parking- $12.00 | $394.10 |
| Steve Henderson<br>Claremont, California | 2 days @40=$80 | 3 days @149=$447 | Airfare- $966.80 | $1493.80 |

| Tom Hulsey<br>Tyler, Texas | 2 days @40=$80 | 2 days @149=$298 | | $378.00 |
|---|---|---|---|---|
| David Quehl<br>Cincinatti, Ohio | 2 days @40=$80 | 2 days@149=$298 | Airfare-<br>$601.80 | $979.80 |
| | | | **TOTAL** | **$4,740.90** |

* All of the above witness fees are based on 28 U.S.C. §1821 ($40/day witness fee, subsistence and mileage per travel allowance of the Administrator of General Service pursuant to section 5704 of Title 5).

Respectfully submitted,

Trey Yarbrough
Texas Bar No. 22133500
Debby Gunter
Texas Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
(903) 595-3111
trey@yw-lawfirm.com

By:/s/ Trey Yarbrough
Trey Yarbrough

H. William Allen (ABN 69001)
Brooks C. White (ABN 2000093)
ALLEN LAW FIRM
212 Center Street, 9th Floor
Little Rock, Arkansas 72201
(501) 374-7100
hwallen@allenlawfirmpc.com
bcwhite@allenlawfirmpc.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send immediate notification of such filing to the following other counsel:

Kathryn Bennett Perkins, Esq.
Rose Law Firm
120 E. 4th Street
Little Rock, Arkansas 72201
kperkins@roselawfirm.com

/s/ Trey Yarbrough
Trey Yarbrough