# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

B&B HARDWARE, INC.                                                    PLAINTIFF

VS.                          Case No. 4:06-CV-01654 SWW

HARGIS INDUSTRIES, INC., d/b/a
SEALTITE BUILDING FASTENERS, ET AL                                    DEFENDANT

## DEFENDANT'S ITEMIZED BILL OF COSTS

| No. | Description of Cost | Amount U.S. Dollars |
|---|---|---|
| 1. | Bushman Court Reporting, Invoice No. 111771- Deposition transcript of Bruce Crouch | $339.80 |
| 2. | Bushman Court Reporting, Invoice No. 111745- Deposition transcript and appearance fee of Larry Bogatz | $2192.80 |
| 3. | Bushman Court Reporting, Invoice No. 111799- Video deposition of Larry Bogatz | $1790.00 |
| 4. | Bushman Court Reporting, Invoice No. 111801- Video deposition of Bruce Crouch | $780.00 |
| 5. | Carrifee Reporting, Invoice No. 3868- Video deposition of Dave Quehl | $274.50 |
| 6. | Carrifee Reporting, Invoice No. 3870- Video deposition of Tommy Hulsey | $246.50 |
| 7. | Carrifee Reporting, Invoice No. 3872- Video deposition of Joe Hargis | $306.25 |
| 8. | Carrifee Reporting, Invoice No. 3922- Deposition transcript of George Moran | $292.44 |
| 9. | SetDepo, Assignment No. 44616- Deposition transcripts of Diana Bogatz (first day 3/29/10), Terri Carlton, Maria Robles, Ezequiel Rosales | $4186.86 |
| 10. | Merrill Corporation, Legal Link, Inc., Invoice No. 15039736- Deposition transcript of Molly Richard | $476.41 |
| 11. | Elaine Hinson, US Court Reporter, Invoice No. 20100032- Portion of trial testimony provided during trial | $109.80 |
| 12. | Cheryl Nelson, US Court Reporter, Invoice No. 20100033- Portion of trial testimony provided during trial | $170.80 |
| 13. | SetDepo, Assignment No. 44617- Deposition transcripts of Diana Bogatz (second day 3/30/10), Victor Solano and Diana Bogatz (separate transcript- portion Plaintiff designated as confidential) | $2009.00 |

| | | |
|---|---|---|
| 14. | Pegge Merkel, US Court Reporter, Invoice No. 00000124- transcript of hearing before Judge Wright 7-17-07 | $63.00 |
| 15. | Bushman Court Reporting, Invoice No. 112652- transcript of Steven F. Schroeder | $423.20 |
| 16. | Symplex Digital Solutions, Work Order #15038, 8/15/06- obtaining copy of suit filed against Hargis in California by B&B Hardware | $37.56 |
| 17. | Kelly Technical Services, L.L.C., Invoice #5825, 8/30/06- copy of trial transcript from Court in Little Rock, Arkansas after suit filed in California (only copies and tax included here) | $101.58 |
| 18. | KTS Litigation Support Services, Invoice #8318, 3/22/10- copies of Bogatz' deposition exhibits for use in trial (only copies and tax included here) | $94.11 |
| 19. | KTS Litigation Support Services, Invoice #8325, 3/29/10- discovery document production (only copies and tax included here) | $86.22 |
| 20. | Capitol Blueprint, Invoice No. 122510, 3/25/10- copies of Bruce Crouch's deposition exhibits for use in trial | $59.24 |
| 21. | Ivize, LLC, Invoice No. 12-21753, 2/3/10- Plaintiff's document production in discovery | $3497.76 |
| 22. | KTS Litigation Services, Invoice No. 8425, 6/18/10- Hargis' trial exhibits for all parties and Court (copies and tax included here) | $1537.63 |
| 23. | Richard Law Group, Inc., Invoice No. 9772 (expert witness fees 2/15/10-2/24/10) | $4487.30 |
| 24. | Richard Law Group, Inc., Invoice No. 9942 (expert witness fees 3/4/10-3/26/10) | $13,764.15 |
| 25. | Richard Law Group, Inc., Invoice No. 10193 (expert witness fees 4/7/10-4/28/10) | $6,224.70 |
| 26. | Richard Law Group, Inc., Invoice No. 10374 (expert witness fees 5/7/10-5/20/10) | $1113.08 |
| 27. | Richard Law Group, Inc., Invoice No. 10526 (expert witness fees 6/1/10-6/23/10) | $2653.70 |
| 28. | The TASA Group (George Moran), Invoice Date: 3/25/10 (expert witness fees 2/27/10-3/22/10) | $13,645.00 |
| 29. | The TASA Group (George Moran), Invoice Date: 7/14/10 (expert witness fees 4/1/10-6/28/10) | $10,445.38 |
| 30. | Henderson and Associates (Steve Henderson), Invoice Number ST4082010, Invoice Date: 4/8/10 (expert witness fees) | $6900.00 |
| 31. | Henderson and Associates (Steve Henderson), Invoice Number ST7122010 (expert witness fees) | $560.00 |
| 32. | Henderson and Associates (Steve Henderson), Invoice Number ST6302010, Invoice Date: 6/30/10 (expert witness fees) | $1568.00 |
| 33. | Copy log from Yarbrough Wilcox reflecting 10,699 copies at .25 for a total of $2674.75. These copies were necessarily obtained for use in this case; including, but not limited to correspondence between parties, discovery, | $2674.75 |

|     |                                                                                                                                                                                 |                                              |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------- |
|     | pleadings and document production. These copies only consist of copies made since July 31, 2009.                                                                                |                                              |
| 34. | Invoice from United Process Servers dated March 24, 2010, service of Ezequiel Rosales                                                                                           | $125.00                                      |
| 35. | Invoice from United Process Servers dated March 26, 2010, service of Terri Carlton, non-service return                                                                          | $55.00                                       |
| 36. | Witness- Delphine Webb<br>Doubletree Hotel Bill (6/27/10-6/28/10)<br>Receipts for Meals (total)<br>Mileage- 743 miles (743@.50=$371.50)                                          | $411.52<br>$353.98<br>$371.50                |
| 37. | Witness- Lynda Timmerman<br>Doubletree Hotel Bill (6/28/10)<br>Southwest Airline receipt<br>Mileage- 98.8 miles (98.8@.50=$49.40)<br>Parking receipt<br>Receipts for meals       | $248.09<br>$143.70<br>$49.40<br>$12.00<br>$82.08 |
| 38. | Witness- Steve Henderson<br>Doubletree Hotel Bill (only including 6/27/10- 6/29/10)<br>Southwest Airline receipt<br>*These costs were not included in expert witness fees for Steve Henderson | $366.87<br>$966.80                           |
| 39. | Witness- David Quehl<br>Capital Hotel Bill (6/29/10-7/1/10)<br>Airline receipt- US Airways                                                                                       | $438.03<br>$601.80                           |
| 40. | Witness- Jessica Davlin<br>Doubletree Hotel Bill (6/28/10)<br>Southwest Airline receipt<br>Parking receipt                                                                       | $231.59<br>$143.70<br>$8.00                  |
| 41. | Witness- David Cook<br>Doubletree Hotel Bill (6/28/10)<br>Mileage- 432 miles (432@.50=$216.00)<br>Meal receipt                                                                   | $188.44<br>$216.00<br>$8.57                  |