# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

B & B HARDWARE, INC.                                                                                  PLAINTIFF(S)

VS.                              Case No. 4:06CV01654  SWW

HARGIS INDUSTRIES, INC., ET AL                                                            DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 26th day of August 2015.

 
                                                                    AT THE DIRECTION OF THE COURT
                                                                    JAMES W. McCORMACK, CLERK

                                                                    BY:  /s/ Cecilia Norwood
                                                                          Courtroom Deputy to
                                                                          U.S. District Judge Susan Webber Wright