U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUN 1 0 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____PLAINTIFF_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**B&B HARDWARE INC.**                                              PLAINTIFF

v.                          CASE NO. 4:06-CV-01654 BSM

**HARGIS INDUSTRIES INC.**                                         DEFENDANT

## VERDICT FORM

**Please provide your verdict by completing the following.**

B&B's Claims

1.) On B&B's claim of trademark infringement as described in Jury Instruction No. 10, we find in favor of:

_Plaintiff B+B Hardware_____
(Plaintiff B&B Hardware)     or     (Defendant Hargis Industries)

2.) On B&B's claim of false designation of origin as described in Jury Instruction No. 11, we find in favor of:

_Plaintiff B+B Hardware_____
(Plaintiff B&B Hardware)     or     (Defendant Hargis Industries)

3.) On B&B's claim of federal unfair competition as described in Jury Instruction No. 12, we find in favor of:

_Plaintiff B+B Hardware_____
(Plaintiff B&B Hardware)     or     (Defendant Hargis Industries)

4.) On B&B's claim of unfair competition under California law as described in Jury Instruction No. 13, we find in favor of:

_Defendant Hargis Industries_____
(Plaintiff B&B Hardware)     or     (Defendant Hargis Industries)

<s>If you answered "yes" to any of the questions above, please answer question number 5. Otherwise, move to question number 6.</s>

5.) We find that B&B is entitled to the following amount of Hargis's profit as described in Jury Instruction Nos. 14, 16: $ __0__ .


Hargis's Counterclaims

6.) On Hargis's claim of false advertising as described in Jury Instruction No. 17, we find in favor of:

_____ __Defendant Hargis Industries__
(Plaintiff B&B Hardware)     or    (Defendant Hargis Industries)


7.) On Hargis's claim of false designation of origin as described in Jury Instruction No. 18, we find in favor of:

_____ __Defendant Hargis Industries__
(Plaintiff B&B Hardware)     or    (Defendant Hargis Industries)

<s>
</s>

<s>U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUN 10 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
         DEPUTY CLERK</s>

<s>Case 4:06-cv-01654-BSM   Document 429   Filed 06/10/16   Page 2 of 3</s>

## INTERROGATORIES

1.) Do you find by clear and convincing evidence that B&B engaged in fraud to procure its trademark registration and/or incontestability status as described in Jury Instruction No. 19?

Answer (circle one):   **(Yes)**   No

2.) Do you find by a preponderance of the evidence that Hargis acted willfully as described in Instruction No. 20?

Answer (circle one):   Yes   **(No)**

_____
Foreperson

Dated: 6-10-16

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUN 10 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK