IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**B&B HARDWARE INC.**                                                                 **PLAINTIFF**

v.                                   **CASE NO. 4:06-CV-01654 BSM**

**HARGIS INDUSTRIES INC**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for defendant Hargis Industries on all claims and this case is dismissed with prejudice.

DATED this 24th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE